[No. 28701. Department Two. July 10, 1942.]

M. C. McLENNAN, *Appellant,* v. THE NEW LIGHT GOLD MINING COMPANY *et al., Respondents.*[1]

*J. A. Kavaney,* for appellant.

*Funkhouser & Twohy* and *Wilmot W. Garvin,* for respondents.

BLAKE, J.—This is an appeal from an order sustaining a demurrer to the complaint. Respondents Harry P. Kramer and Slate Creek Mining Company, a corporation, move to dismiss the appeal on the ground that the order is not appealable.

It has been repeatedly and consistently held that orders sustaining or overruling demurrers are not appealable. *Potvin v. McCorvey,* 1 Wash. 389, 25 Pac. 330, 12 L. R. A. 150; *Olsen v. Newton,* 3 Wash. 429, 30 Pac. 450; *Smith v. Seattle & Montana R. Co.,* 6 Wash.

[1]Reported in 127 P. (2d) 415.

295, 32 Pac. 1073; *Schutzler v. Times Pub. Co.*, 88 Wash. 236, 152 Pac. 1018; *Le Blank v. Eller*, 118 Wash. 353, 203 Pac. 960; *Anderson v. East Gate Temple Ass'n*, 189 Wash. 221, 64 P. (2d) 510.

Appeal dismissed.

ROBINSON, C. J., BEALS, STEINERT, and JEFFERS, JJ., concur.